FILED
June 13, 2008
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA, )
                          )  Case No. 2:08-cr-116 FCD
         Plaintiff,       )
v.                        )  ORDER FOR RELEASE
                          )  OF PERSON IN CUSTODY
Dominic McCarns,          )
                          )
         Defendant.       )

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release  Dominic McCarns  Case 2:08-cr-116 FCD from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

    __    Release on Personal Recognizance

    __    Bail Posted in the Sum of _____

    X     Unsecured bond in the amount of $150,000, to be co-signed by defendant's mother

    __    Appearance Bond with 10% Deposit

    __    Appearance Bond secured by Real Property

    __    Corporate Surety Bail Bond

    X     (Other) PTS conditions/supervision; defendant to be released on 6/16/08 at 8:00 am to attend the halfway house, Doc's Harbor House, in Anaheim, CA. Cost to be paid by defendant's mother, other conditions imposed on record, to be memorialized by PTS office Walker

Issued at  Sacramento, CA  on 6/13/08   at  4:21  .

By _____
Kimberly J. Mueller,
United States Magistrate Judge