**JAMES R. GREINER, ESQ.**
CALIFORNIA STATE BAR NUMBER 123357
**LAW OFFICES OF JAMES R. GREINER**
555 UNIVERSITY AVENUE, SUITE 290
SACRAMENTO, CALIFORNIA 95825
TELEPHONE: (916) 649-2006
FAX: (916) 920-7951

ATTORNEY FOR DEFENDANT
DOMONIC McCARNS

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> PLAINTIFF, ) <br> ) <br> v. ) <br> ) <br> CHARLES HEAD, et al., ) <br> ) <br> DEFENDANTS. ) <br> _____) | CR.NO.S-08-0116-FCD <br><br> WAIVER OF DEFENDANT'S PERSONAL APPEARANCE AT ARRAIGNMENT ON THE SUPERCEDING INDICTMENT |

    Pursuant to Federal Rules of Criminal Procedure, Rule 10(b), I DOMONIC McCARNS, hereby waive my personal appearance at the arraignment on the superceding Indictment in this case to be held on Friday, March 5, 2010, before the Honorable Magistrate Judge Edmund F. Brennan.

    I hereby acknowledge and understand that I have the absolute right to appear personally with my attorney before a judicial officer for arraignment in open court on the above numbered Indictment where the government has filed a superceding Indictment. I further understand that, absent the present waiver of appearance, I must appear before this court as directed.

    I affirm that I have received a copy of the Superceding Indictment, that I voluntarily, knowingly and intentionally waive a formal reading of the Superceding Indictment in open court, and I hereby enter a plea of not guilty and demand a jury

trial.

I further agree that my interest will be deemed represented at all times by the presence of my attorney, the same as if I were personally present, and further agree to be present in court ready for the trial confirmation hearing and jury selection and trial any day and hour the court may fix in my absence.

I further acknowledge that I have been fully informed of all my legal rights under Title 18 U.S.C. sections 3161-3174 (the Speedy Trial Act) and authorize my attorney to set times and delays under the Speedy Trial Act without my being present.

DATED: March 2, 2010                     /s/ Domonic McCarns
                                         _____
                                         DOMONIC McCARNS

DATED: March 1, 2010                     /s/ James R. Greiner
                                         _____
                                         JAMES R. GREINER
                                         Attorney for Defendant
                                         Domonic McCarns

The Defendant, Domonic McCarns, waiver of personal appearance at the Arraignment on the Superceding Indictment is accepted.

IT IS SO ORDERED.

DATED: March 2, 2010.

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

2