**JAMES R. GREINER, ESQ.**
CALIFORNIA STATE BAR NUMBER 123357
**LAW OFFICES OF JAMES R. GREINER**
1024 IRON POINT ROAD
FOLSOM, CALIFORNIA 95630
TELEPHONE: (916) 357-6701
FAX: (916) 920-7951
E mail: jaygreiner@midtown.net

ATTORNEY FOR DEFENDANT
DOMINIC MCCARNS

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> PLAINTIFF, ) <br> ) <br> v. ) <br> ) <br> CHARLES HEAD, et al., ) <br> ) <br> DEFENDANTS. ) <br> _____) | CR.NO.S-08-0116-KJM <br> AMENDED APPLICATION FOR TRANSPORTATION ORDER PROPOSED ORDER FOR TRANSPORTATION PURSUANT TO TITLE 18 U.S.C. SECTION 4285 |

Defendant Domonic McCarns, by and through his court appointed counsel, James R. Greiner, hereby applies to this Court for an order of subsistence allowance pursuant to Title 18 U.S.C. section 4285, to allow for Mr. McCarns to travel to and from the July 31, 2013 Trial Confirmation Hearing before the District Court. Mr. McCarns is scheduled to appear on Wednesday, July 31, 2013, at 9:00 a.m., on the 15th floor, Courtroom 3, of the Federal Courthouse located at 501 I Street, Sacramento, California, 95814.

Mr. McCarns resides at 3962 Avenue of the Arts, Apartment C-409, Costa Meas, California, 92626. Mr. McCarns, with an Order from this Court, would travel on Tuesday, July 30, 2013 to meet with his investigators and attorney and then appear at  9:00 a.m., on Wednesday, July 31, 2013, before the District Court at the Trial

1

Confirmation Hearing. Mr. McCarns cannot afford travel, lodging, and other subsistence to enable him to attend his scheduled hearing on Wednesday, July 31, 2013, in the District Court.

In the interests of justice the Court is requested to arrange for Domonic McCarns' means of non-custodial transportation or furnish the fare for such transportation as follows:

1- On Tuesday, July 30, 2013, air fare from John Wayne Airport located at 18601 Airport Way, Santa Ana, California, which is the closest airport to Mr. McCarns' residence, to fly Mr. McCarns to the Sacramento International Airport, then to provide transportation for Mr. McCarns from the Sacramento International Airport to his lodging on Tuesday, July 30, 2013.

2- On Wednesday, July 31, 2013, for transportation from the Federal Courthouse located at 501 I Street, Sacramento, California, 95814, to the Sacramento International Airport, and for air fare to the John Wayne Airport located at 18601 Airport Way, Santa Ana, California, which is the closest airport to Mr. McCarns' residence.

In addition, this Court is requested to direct the United States Marshal to furnish Mr. McCarns with an amount of money for subsistence expenses, not to exceed the amount authorized as a per diem allowance fro travel under Title 5 U.S.C. section 4285(a) pursuant to Title 18 U.S.C. section 4285.

DATED: JULY 17, 2013          RESPECTFULLY SUBMITTED
                              LAW OFFICES OF JAMES R. GREINER


                              /s/ JAMES R. GREINER
                              _____
                              JAMES R. GREINER
                              ATTORNEY FOR DEFENDANT
                              DOMINIC McCARNS

2

ORDER

GOOD CAUSE APPEARING AND IN THE INTERESTS OF JUSTICE IT IS ORDERED THAT the United States Marshal for the Eastern District of California is authorized and directed to furnish the above named defendant Domonic McCarns with round trip transportation as follows:

1- On Tuesday, July 30, 2013, air fare from John Wayne Airport located at 18601 Airport Way, Santa Ana, California, which is the closest airport to Mr. McCarns' residence, to fly Mr. McCarns to the Sacramento International Airport, then to provide transportation for Mr. McCarns from the Sacramento International Airport to his lodging on Tuesday, July 30, 2013.

2- On Wednesday, July 31, 2013, for transportation from the Federal Courthouse located at 501 I Street, Sacramento, California, 95814, to the Sacramento International Airport, and for air fare to the John Wayne Airport located at 18601 Airport Way, Santa Ana, California, which is the closest airport to Mr. McCarns' residence.

Mr. McCarns is indigent and financially unable to travel from his residence at 3962 Avenue of the Arts, Apartment C-409, Costa Meas, California, 92626, to Sacramento and return to his residence in Costa Mesa, California, without transportation and lodging and subsistence expenses. This request is authorized pursuant to Title 18 U.S.C. section 4285.

Dated: July 18, 2013

CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

3