JAMES R. GREINER, ESQ., CSB # 123357
LAW OFFICES OF JAMES R. GREINER
1024 IRON POINT ROAD
FOLSOM, CALIFORNIA 95630
TELEPHONE: (916) 357-6701
FAX: (916) 920-7951
E mail: jaygreiner@midtown.net
ATTORNEY FOR DEFENDANT
DOMINIC MCCARNS

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR.NO.S-08-0116-KJM |
| ) | |
| PLAINTIFF, ) | APPLICATION FOR TRANSPORTATION |
| ) | SUBSISTENCE, AND LODGING |
| v. ) | PURSUANT TO TITLE 18 U.S.C. |
| ) | SECTION 4285 |
| CHARLES HEAD, et al., ) | |
| ) | ~~PROPOSED~~ ORDER |
| ) | |
| DEFENDANTS. ) | |
| ) | |
| _____) | |

Defendant Domonic McCarns, by and through his court appointed counsel, James R. Greiner, hereby applies to this Court for an order of subsistence allowance pursuant to Title 18 U.S.C. section 4285, to allow for Mr. McCarns to travel to his jury trial that begins on Monday, October 21, 2013 here in the Eastern District of California, Sacramento, before the Honorable District Court Judge, Kimberly J. Mueller. . Mr. McCarns is scheduled to appear on Monday, October 21, 2013, at 9:00 a.m., on the 15th floor, Courtroom 3, of the Federal Courthouse located

[Pleading Title] - 1

at 501 I Street, Sacramento, California, 95814. According to the estimate of the Court the trial is to last at least into December, 2013.

Mr. McCarns lives in Costa Meas, California, 92626. Mr. McCarns, with an Order from this Court, would travel on Sunday, October 20, 2013 to meet with his investigators and attorney to prepare for the upcoming trial and then appear at 9:00 a.m., on Monday, October 21, 2013, before the District Court for trial until the conclusion of trial.. Mr. McCarns cannot afford travel, lodging, and other subsistence to enable him to attend his scheduled jury trial beginning on traveling on Sunday, October 20, 2013.

In the interests of justice the Court is requested to arrange for Domonic McCarns' means of non-custodial transportation or furnish the fare for such transportation as follows:

    1- On Sunday, October 20, 2013, air fare from John Wayne Airport located at 18601 Airport Way, Santa Ana, California, which is the closest airport to Mr. McCarns' residence, to fly Mr. McCarns to the Sacramento International Airport.

    2- On Sunday, October 20, 2013, for transportation from the Sacramento International Airport, to his lodging in downtown Sacramento close to the Federal Courthouse.

    3- Beginning Sunday night, October 20, 2013, until the end of the Federal jury trial to order both lodging and subsistence for the duration of the trial.

    4- Upon completion of the trial, to allow transportation from the Federal Courthouse to the Sacramento International Airport and to allow for air transportation to the John Wayne Airport located at 18601 Airport Way, Santa Ana, California.

In addition, this Court is requested to direct the United States Marshall to furnish Mr. McCarns with an amount of money for subsistence expenses, not to exceed the amount

[Pleading Title] - 2

authorized as a per diem allowance for travel under Title 5 U.S.C. section 4285(a) pursuant to Title 18 U.S.C. section 4285.

DATED: OCTOBER 16, 2013            RESPECTFULLY SUBMITTED
                                   LAW OFFICES OF JAMES R. GREINER


                                   /s/ JAMES R. GREINER
                                   _____
                                   JAMES R. GREINER
                                   ATTORNEY FOR DEFENDANT
                                   DOMINIC McCARNS

ORDER

**GOOD CAUSE APPEARING AND IN THE INTERESTS OF JUSTICE IT IS ORDERED THAT** the United States Marshal for the Eastern District of California is authorized and directed to furnish the above named defendant Domonic McCarns with round trip transportation as follows:

    1- On Sunday, October 20, 2013, air fare from John Wayne Airport located at 18601 Airport Way, Santa Ana, California, which is the closest airport to Mr. McCarns' residence, to fly Mr. McCarns to the Sacramento International Airport.

    2- On Sunday, October 20, 2013, for transportation from the Sacramento International Airport, to his lodging in downtown Sacramento close to the Federal Courthouse.

    3- Beginning Sunday night, October 20, 2013, until the end of the Federal jury trial to order both lodging and subsistence for the duration of the trial.

    4- Upon completion of the trial, to allow transportation from the Federal Courthouse to the Sacramento International Airport and to allow for air transportation to the John Wayne Airport located at 18601 Airport Way, Santa Ana, California.

    Mr. McCarns is indigent and financially unable to travel from his residence in Costa Mesa, California, 92626, to Sacramento and return to his residence in Costa Mesa, California, without transportation and lodging and subsistence expenses. This request is authorized pursuant to Title 18 U.S.C. section 4285.

**FOR GOOD CAUSE SHOWN, IT IS SO ORDERED.**

Dated:  October 17, 2013

_Kendall J. Newman_
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

[Pleading Title] - 4