UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 2:08-CR-116 KJM |
| Plaintiff, | |
| v. | ORDER |
| DOMONIC McCARNS, et al., | |
| Defendants. | |

      Defendant Domonic McCarns has requested sealing of several series of documents in connection with his motion for a new trial. *See* ECF 721. The request to seal is based on the court's prior entry of protective orders to facilitate discovery earlier in this case. ECF 727; *see also* ECFs 64, 491. Additionally, defendant notes that the documents covered by his request contain statements of cooperating defendants or testifying witnesses, and private financial information and consumer data. The government opposes sealing, arguing the information covered by defendant's request already has been disclosed through public trial proceedings or filings on the public docket, including defendant's own pending motion briefing. ECF 725. While arguing that defendant has not met his burden to support sealing, the government also represents that any personal identifying information that qualifies for protection under Local Rule 140 can be redacted without sealing the entire document in which any such information appears. *Id.*

1

       The court finds defendant has not met his burden to justify sealing as requested. The documents covered by his request, including the additional pages referenced in his reply, shall be filed on the public docket within seven (7) days of this order. Plaintiff shall make redactions to the documents as required by Local Rule 140(a).

       SO ORDERED.

DATED: August 4, 2015.

                                                _____
                                              UNITED STATES DISTRICT JUDGE