1

2

3

4

5

6

7

8                    UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   UNITED STATES OF AMERICA,                No.  2:08-cr-0116 KJM

12                Plaintiff,

13        v.                                  ORDER

14   DOMONIC McCARNS,

15                Defendant.

16

17        Defendant has filed a request for leave to file a reply brief that exceeds the ten

18   page limit set by this court's standing order in criminal cases.  Defendant has not made a showing

19   sufficient to justify exceeding the standard ten page limit.  Moreover, this matter is set for oral

20   argument on May 11, 2016, at which time counsel can, if necessary, elaborate on matters covered

21   succinctly in the reply brief.

22        In accordance with the above, IT IS HEREBY ORDERED that defendant's April

23   18, 2016 request to file oversize brief, ECF No. 781, is DENIED.

24   DATED:  April 20, 2016.

25

26   _____
     UNITED STATES DISTRICT JUDGE

27

28
                                1