**SCOTT CAMERON**
Attorney at Law
California State Bar Number 226605
1017 L Street, PMB 576
Sacramento, CA 95814
snc@snc-attorney.com
(916) 769-8842
(916) 915-1632 (Fax)

**JAN DAVID KAROWSKY**
Attorney at Law
A Professional Corporation
California State Bar Number 53854
716 19th Street, Suite 100
Sacramento, CA 95811-1767
KarowskyLaw@sbcglobal.net
(916) 447-1134
(916) 448-0265 (Fax)

Attorneys for Defendant
Domonic McCarns

# UNITED STATES DISTRICT COURT

# IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| United States of America,<br><br>    Plaintiff,<br><br>vs.<br><br>Domonic McCarns,<br><br>    Defendant. | Case Nos. 2:08-CR-093 KJM<br>               2:08-CR-116 KJM<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO SUBMIT JOINT PROPOSED PROTECTIVE ORDER** |

## STIPULATION

Plaintiff United States of America, by and through its counsel of record, and defendant Domonic McCarns, by and through his counsel of record, hereby stipulate to the following:

- 1 -

1. On August 13, 2018, this Court held a hearing regarding the defense motion to modify the protective orders governing the discovery in the above-captioned cases, as those protective orders pertain to defendant, Mr. McCarns. Case 08-CR-116, ECF No. 847. The need for the modification of the protective orders is to allow the discovery to be shipped to the Bureau of Prisons on a set of DVDs so that Mr. McCarns can view the discovery under controlled circumstances.

2. At the conclusion of that hearing, this Court ordered "the parties to submit, within 30 days, either a joint proposed protective order, or the parties' competing proposed protective orders; whereupon, the matter will be submitted." Case 08-CR-116, ECF No. 847.

3. Subsequently, this Court approved a 30 day extension to file the joint, or competing, proposed protective order to October 12, 2018, so that defense counsel could confirm necessary facts with the Bureau of Prisons. Case 08-CR-116, ECF No. 851. Defense counsel has now confirmed the necessary facts with the Bureau of Prisons.

4. Unfortunately, defense counsel realized that necessary computer files containing discovery had not previously been provided to the government for inspection. At the request of the defense, the parties now contemplate sending the electronic discovery to Mr. McCarns in two separate shipments. It is further contemplated that each shipment will require its own protective order because each protective order will reference the electronic discovery to be shipped.

5. Prior to the first shipment of discovery to the Bureau of Prisons, the government needs to re-inspect the first group of computer files to confirm the level of redaction conducted. That re-inspection is necessary because the defense added previously missing files. Once that re-inspection is completed, the electronic discovery will need to be broken down into a series of DVDs and shipped to the Bureau of Prisons.

6. Additionally, once the government completes its re-inspection of the first group of computer files, the defense will need to send Mr. McCarns a revised joint

protective order for his signature prior to submitting it to the Court. This will require correspondence by U.S. Mail and can take up 11 days to receive Mr. McCarns' reply.

7. Therefore, at the request of the defense, the parties stipulate, agree, and request, that the Court may extend the time for submittal of the joint proposed protective order, or the parties competing proposed protective orders, for an additional 31 days to November 12, 2018.

**IT IS SO STIPULATED:**

DATED: October 9, 2018  McGREGOR W. SCOTT
United States Attorney

/s/ Matthew Morris
Matthew Morris
Assistant U.S. Attorney

DATED: October 9, 2018  /s/Scott N. Cameron
SCOTT N. CAMERON

JAN DAVID KAROWSKY
Attorney at Law
A Professional Corporation

By /s/ Jan David Karowsky
JAN DAVID KAROWSKY
ATTORNEYS FOR DOMONIC McCARNS

## O R D E R

IT IS SO ORDERED on October 10, 2018.

_____
UNITED STATES DISTRICT JUDGE