**SCOTT N. CAMERON**
Attorney at Law
California State Bar Number 226605
1017 L Street, PMB 576
Sacramento, CA  95814-3805
snc@snc-attorney.com
(916) 769-8842
(916) 915-1632 (Fax)

**JAN DAVID KAROWSKY**
Attorney at Law
A Professional Corporation
California State Bar Number 53854
716 19th Street, Suite 100
Sacramento, CA 95811-1767
KarowskyLaw@sbcglobal.net
(916) 447-1134
(916) 448-0265 (Fax)

Attorneys for Defendant
Domonic McCarns

# UNITED STATES DISTRICT COURT

# IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| United States of America, | Case No.: 2:08-CR-00116 KJM |
| Plaintiff, | |
| vs. | **ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL DUE TO CONFLICT OF INTEREST** |
| Domonic McCarns, et. al, | |
| Defendants. | |

## ORDER

FOR GOOD CAUSE, and for the reasons stated in Scott N. Cameron's and Jan David Karowsky's "Motion to Withdraw as Limited Appointment Attorneys for Defendant Domonic McCarns Due to a Conflict of Interest," it is hereby ORDERED that Mr. Karowsky and Mr. Cameron are relieved as attorneys for Mr. McCarns.  The

administrator of the Criminal Justice Act panel for the Eastern District of California is hereby directed to seek appointment of an attorney for the same limited purpose of providing defendant Domonic McCarns with access to his client file, including the discovery from the government in that file, consistent with the protective orders on file in this matter. See, e.g. ECF Nos. 491, 858, 875.

**IT IS SO ORDERED.**

DATED: February 7, 2020.

_____
CHIEF UNITED STATES DISTRICT JUDGE