IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>DOMONIC MCCARNS,<br><br>　　　　Defendant. | Case №: 2:08-cr-00116-KJM-5<br><br>**O R D E R<br>APPOINTING COUNSEL** |

　　　The court relieved previous counsel by order (docket #937) and ordered the Federal Defender to locate new counsel for this limited appointment. CJA Panel attorney Brian C. McComas is hereby appointed effective February 11, 2020, the date the Office of the Federal Defender contacted him.

DATED: February 24, 2020.

_____
CHIEF UNITED STATES DISTRICT JUDGE