UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| United States of America, | No. 2:08-cr-00116-KJM |
| Plaintiff, | ORDER |
| v. | |
| Domonic McCarns, | |
| Defendant. | |

In response to the court's order, ECF No. 964, Mr. McCarns submitted a sworn declaration averring that around May 2020, he was separated from general population, quarantined for approximately three weeks, and while in quarantine his personal legal belongings that he left outside his locker "on the bunk/floor" were missing; they have not been returned. ECF No. 961 at 2–3. These belongings included: his personal legal research, written arguments, and a master discovery list with annotations and a self-generated catalogue created over many hours allowing him to navigate approximately "one million pages of discovery." *Id.* at 4. The court is aware that a significant amount of time was spent by prior counsel before they were relieved, at great expense, to arrange for Mr. McCarns to be able to access the substantial discovery in his case in compliance with BOP rules and regulations. If the materials he says he has lost are not returned to him promptly, the court will need to take steps to investigate the matter fully. The government is directed to file a report with the court within 21 days, providing

1 information regarding what has happened to the materials removed from Mr. McCarns' bunk area
2 and explaining when all of those materials will be returned to him.
3        IT IS SO ORDERED.
4 DATED: March 15, 2021.

_____
CHIEF UNITED STATES DISTRICT JUDGE