UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| United States of America, | No. 2:08-cr-00116-KJM |
| Plaintiff, | ORDER |
| v. | |
| Domonic McCarns, | |
| Defendant. | |

On September 30, 2020, Mr. David Garland was appointed to represent Mr. Domonic McCarns with respect to the filing of a motion for compassionate release. ECF No. 955. Mr. Garland is directed to file an explanation why a motion for compassionate release is not yet on file. Mr. Garland may also respond generally to Mr. McCarns' recent filing, including the suggestion that he needs new counsel. *See* ECF No. 966 (under seal).

IT IS SO ORDERED.

DATED: March 18, 2021.

CHIEF UNITED STATES DISTRICT JUDGE

1