UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| United States of America | No. 2:08-cr-00116-KJM-5 |
| Plaintiff, | |
| v. | ORDER |
| Domonic McCarns, | |
| Defendant. | |

The court appointed David Garland in September 2020 to represent Mr. McCarns in connection with his pending motion for compassionate release. *See* Order (September 30, 2020), ECF No. 955. Mr. Garland has not made any filing with the court and has not responded to the court's order directing him to explain why he has not taken any action on Mr. McCarns' behalf. Order (March 19, 2021), ECF No. 971.

Therefore, in the interests of justice, it is hereby **ordered** that Mr. Garland is relieved as counsel for Mr. McCarns and Benjamin Ramos is appointed to represent Mr. McCarns with respect to the compassionate release motion. This appointment shall remain in effect until this motion is resolved or until further order of this court, whichever is sooner.

The Clerk of Court shall serve a courtesy copy of this order on the Federal Defender's Office.

DATED: May 25, 2021

CHIEF UNITED STATES DISTRICT JUDGE