UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff,

  v.

DOMONIC McCARNS,

    Defendant.

No. 2:08-cr-00116-KJM-5

**ORDER & WRIT OF HABEAS CORPUS AD TESTIFICANDUM**

Domonic McCarns, Reg. No. 17774-097, a necessary and material witness in proceedings in this case on July 16, 2021, is confined in Federal Correctional Institution, Lompoc, in the custody of the Warden; in order to secure this inmate's attendance it is necessary that a Writ of Habeas Corpus ad Testificandum issue commanding the custodian to produce the inmate before Chief District Judge Kimberly J. Mueller, by telephonic-conferencing from his place of confinement on July 16, 2021, at 10:00 a.m.

ACCORDINGLY, IT IS ORDERED that:

1. A Writ of Habeas Corpus ad Testificandum issue, under the seal of this court, commanding the Warden to produce the inmate named above to testify by telephonic-conferencing before the United States District Court by calling (669) 254-5252 at the time and place above, and from day to day until completion of court proceedings or as ordered by the court;

2. The custodian is ordered to notify the court of any change in custody of this inmate and is ordered to provide the new custodian with a copy of this writ;

3. Fourteen days prior to the tele-conference, the custodian shall contact Casey Schultz, Courtroom Deputy, at cshultz@caed.uscourts.gov, to obtain the meeting ID and password,

4. The Clerk of the Court is directed to serve a copy of this order by fax on the Litigation Office, Attention Unit Manager S. Webster at (805) 740-6704;

**WRIT OF HABEAS CORPUS AD TESTIFICANDUM**

**To: FCI Lompoc, Attention Unit Manager S. Webster, 3600 Guard Road, Lompoc, California 93436:**

**WE COMMAND** you to produce the inmate named above to testify before Chief Judge Mueller at the time and place above, by telephonic-conferencing until completion of the proceedings or as ordered by the court.

**FURTHER**, you have been ordered to notify the court of any change in custody of the inmate and have been ordered to provide the new custodian with a copy of this writ.

DATED: June 4, 2021.

_____
CHIEF UNITED STATES DISTRICT JUDGE