UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| United States of America | No. 2:08-CR-116-KJM |
|---|---|
| Plaintiff, | |
| v. | ORDER |
| Domonic McCarns, | |
| Defendant. | |

Mr. McCarns responded to this court's minute order in a signed brief dated June 24, 2021. On July 2, 2021, the brief was filed on the docket. ECF No. 997. The government has yet to respond. In the court's minute order directing the parties to address potential remedies, the court provided the government fourteen days to respond to Mr. McCarns' brief. *See* Min. Order (May 27, 2021). The court now directs the government to respond by July 15, 2021 at noon in order to ensure the court has the government's response in advance of the hearing on July 16, 2021.

DATED: July 12, 2021.

CHIEF UNITED STATES DISTRICT JUDGE

1

2