PHILLIP A. TALBERT
Acting United States Attorney
MATTHEW G. MORRIS
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:08-CR-00116-KJM |
|---|---|
| Plaintiff, | STIPULATION REGARDING SCHEDULE FOR DEFENDANT'S MOTION FOR SENTENCE REDUCTION UNDER 18 U.S.C. § 3582(c)(1)(A); ORDER |
| v. | |
| DOMONIC MCCARNS, | |
| Defendant. | |

**STIPULATION**

Plaintiff United States of America (the "government"), by and through its counsel of record, and the defendant, by and through his counsel of record, hereby stipulate as follows:

1. The defendant filed a motion for compassionate release on July 7, 2021. Docket No. 998. Pursuant to local rule the government's response is due on July 14, 2021, with any reply from the defendant due on July 17, 2021.

2. Counsel for the government requests additional time to obtain relevant records and draft the government's response to the defendant's motion. The defendant does not oppose the government's request.

3. Accordingly, by this stipulation, the parties jointly request that the Court set the briefing schedule on the defendant's motion as follows:

   a) The government's response to the defendant's motion to be filed on or before July

21, 2021;

      b)    The defendant's reply to the government's response to be filed on or before July 28, 2021.

IT IS SO STIPULATED.

Dated: July 12, 2021                         PHILLIP A. TALBERT
                                              Acting United States Attorney

                                              /s/ MATTHEW G. MORRIS
                                              MATTHEW G. MORRIS
                                              Assistant United States Attorney

Dated: July 12, 2021                         /s/ BENJAMIN RAMOS
                                              BENJAMIN RAMOS
                                              Counsel for Defendant
                                              DOMONIC MCCARNS

## ORDER

Based upon the stipulation and representations of the parties, the Court adopts the following as a revised briefing schedule regarding the defendant's motion for sentence reduction:

      a)    The government's response to the defendant's motion, Docket No. 998, is due on or before July 21, 2021; and

      b)    The defendant's reply to the government's response, if any, is due on July 28, 2021.

IT IS SO FOUND AND ORDERED this 14th day of July 2021.

_____
CHIEF UNITED STATES DISTRICT JUDGE