IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| USA,<br><br>v.<br><br>DOMONIC MCCARNS, | Case №: 2:08-cr-00116-KJM<br><br>**O R D E R**<br>**APPOINTING COUNSEL** |

    The above named defendant has satisfied this Court that he is financially unable to obtain counsel and wishes counsel be appointed to represent him for a standby appointment. Therefore, in the interests of justice and pursuant to the U.S. CONST., amend VI and 18 U.S.C. § 3006A,

    IT IS HEREBY ORDERED Brian C. McComas is appointed to represent the above defendant as standby counsel to assist with Mr. McCarns' 2255 motion effective *nunc pro tunc* to September 20, 2021.

    This appointment shall remain in effect until further order of this court.

DATED: 9/21/2021

                                                             CHIEF UNITED STATES DISTRICT JUDGE