1
2
3
4
5
6
7
8   IN THE UNITED STATES DISTRICT COURT

9   FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  United States,                          Case No. 2:08-cr-00116-KJM

12                                          **ORDER SEALING DOCUMENTS**
                        Plaintiff,
13          v.

14  Domonic McCarns,

15                      Defendant.

16

17

18      Pursuant to Local Rules 140 and 141, defendant Domonic McCarns

19  requests an Order sealing exhibit 9, updated medical records, submitted in support of his

20  motion for compassionate release.

21      Defendant's request is based on HIPPA (42 U.S.C. § 1320d–5(a)(1)) and

22  various cases finding a compelling need to protect medical privacy: "HIPAA's stated

23  purpose of protecting a patient's right to the confidentiality of his or her individual

24  medical information is a compelling federal interest. California similarly recognizes

25  a person's interest in protecting private medical information." *Crenshaw v. MONY Life Ins.*

26  *Co.*, 318 F. Supp. 2d 1015, 1028 (S.D. Cal. 2004) (citation omitted).

27      Defendant's request is **granted**.

28

1    IT IS SO ORDERED.

2    This Order resolves ECF No. 1025.

3

4    DATED: January 26, 2022.

5

6

7    CHIEF UNITED STATES DISTRICT JUDGE

8

ORDER ON REQUEST TO SEAL DOCUMENTS