UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| United States, | No. 2:08-cr-00116-KJM |
| Plaintiff, | ORDER |
| v. | |
| Domonic McCarns, | |
| Defendant. | |

Defendant Domonic McCarns requests an extension of time of 120 days to file a memorandum of points and authorities in support of his 28 U.S.C. § 2255 petition. Mot., ECF No. 1074. McCarns states the only computer available for him to review materials is currently "inoperative," and he is unaware of when the issues will be resolved. Mot. at 2. In light of McCarns' inability to review his documents, the court GRANTS his request. McCarns shall file his memorandum of points and authorities no later than 120 days from the date of this order.

This order resolves ECF No. 1074.

IT IS SO ORDERED.

DATED: January 13, 2023.

CHIEF UNITED STATES DISTRICT JUDGE

1