UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| United States of America, | No. 2:08-CR-00116-KJM |
| Plaintiff, | ORDER |
| v. | |
| Domonic McCarns, | |
| Defendant. | |

Almost three years have passed since defendant Domonic McCarns filed a motion for discovery in June 2020. ECF No. 948. In the intervening years, the court has continued to oversee the parties' litigation relating to defendant's motion to set aside his sentence under 28 U.S.C. § 2255. ECF No. 930. The court orders defendant's discovery counsel to file a response to this order within 14 days informing the court whether defendant considers the motion for discovery pending or whether the motion is now moot.

IT IS SO ORDERED.

DATED: May 2, 2023.

CHIEF UNITED STATES DISTRICT JUDGE

1