UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| United States of America, | No. 2:08-CR-00116-KJM |
| Plaintiff, | ORDER |
| v. | |
| Domonic McCarns, | |
| Defendant. | |

Defendant McCarns and the United States filed a request to seal medical documents in accordance with Local Rules 140 and 141(b) of the United States District Court, Eastern District of California, and Rules 49 and 49.1 of the Federal Rules of Criminal Procedure. ECF No. 1084. No party has opposed this request. The court **grants** defendant's request to seal.

This order resolves ECF No. 1084.

IT IS SO ORDERED.

DATED: May 9, 2023.

CHIEF UNITED STATES DISTRICT JUDGE

1