PHILLIP A. TALBERT
United States Attorney
MICHAEL D. ANDERSON
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:08-CR-00116-KJM |
|---|---|
| Plaintiff, | STIPULATION FOR A BRIEFING SCHEDULE RE ECF 1083; ORDER |
| v. | |
| DOMONIC MCCARNS, | |
| Defendant. | |

The United States, by and through its counsel of record, and Defendant, by and through his counsel of record, hereby stipulate to a new briefing schedule in this matter.

Defendant filed a motion for compassionate release on April 25, 2023. ECCF 1083. The United States needs additional time to review documents received from BOP regarding this issue. Counsel for the Defendant does not oppose this request.

Accordingly, the parties hereby stipulate and jointly request the Court modify the briefing schedule as follows:

1. The United States response to the Defendant's motion for compassionate release be filed on or before May 15, 2023;

2. Defendant's reply, if any, be filed on or before May 22, 2023.

STIPULATION RE BRIEFING SCHEDULE; ORDER        1

IT IS SO STIPULATED.

Dated:  May 9, 2023          PHILLIP A. TALBERT
                             United States Attorney

                             /s/ Michael D. Anderson
                             MICHAEL D. ANDERSON
                             Assistant United States Attorney


Dated:  May 9, 2023           /s/ Benjamin Ramos
                             BENJAMIN RAMOS
                             Counsel for Defendant
                             DOMONIC MCCARNS

## ORDER

Based upon the stipulation and representations of the parties, the court adopts the following as a revised briefing schedule:

a) The government's response to Defendant's motion for compassionate release is due on or before May 15, 2023;

b) Defendant's reply, if any, is due on May 22, 2023.

IT IS SO FOUND AND ORDERED this 11th day of May 2023.

_____
CHIEF UNITED STATES DISTRICT JUDGE

STIPULATION RE BRIEFING SCHEDULE; ORDER          2