UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| United States of America, | No. 2:08-CR-00116-KJM |
| Plaintiff, | ORDER |
| v. | |
| Domonic McCarns, | |
| Defendant. | |

The United States filed a request to seal a document containing medical information in accordance with Local Rules 140 and 141(b) of the United States District Court, Eastern District of California, and Rules 49 and 49.1 of the Federal Rules of Criminal Procedure. ECF No. 1092. The court **grants** this request to seal. The Clerk of Court is directed to file under seal the documents covered by the request.

This order resolves ECF No. 1092.

IT IS SO ORDERED.

DATED: May 15, 2023.

CHIEF UNITED STATES DISTRICT JUDGE

1