UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| United States of America,<br><br>  Plaintiff,<br><br>   v.<br><br>Domonic McCarns,<br><br>  Defendant. | No. 2:08-CR-00116-KJM<br><br>ORDER |

The court is in receipt of defendant's response regarding the pending motion for discovery.  Response, ECF No. 1089.  The court **directs the government to file a response to defendant's motion for discovery, ECF No. 948, within twenty-one (21) days of this order**.  The filing should also include responses to the two questions posed by defendant in his most recent response.  Response at 2.

IT IS SO ORDERED.

DATED: May 18, 2023.

_____
CHIEF UNITED STATES DISTRICT JUDGE

1