UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| United States of America,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>Domonic McCarns,<br><br>　　　　　　Defendant. | No. 2:08-CR-00116-KJM<br><br>ORDER |

　　　Defendant requests a 120 day extension to file a memorandum of points and authorities in support of his § 2255 petition. ECF No. 1093. Because defendant does not currently have access to a computer to view documents relating to his petition, the court **grants** the request.

　　　IT IS SO ORDERED.

DATED: May 18, 2023.

_____
CHIEF UNITED STATES DISTRICT JUDGE