PHILLIP A. TALBERT
United States Attorney
MICHAEL D. ANDERSON
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2700

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>DOMONIC MCCARNS,<br><br>Defendant. | CASE NO. 2:08-CR-00116-KJM<br><br>ORDER GRANTING MOTION<br>FOR EXTENSION OF TIME |

On June 8, 2023, the Government requested an extension of time to file its response to Defendant's pending discovery motion (ECF 948).

IT IS HEREBY ORDERED the Government's request until July 7, 2023, to file its response is granted.

Dated: June 13, 2023.

CHIEF UNITED STATES DISTRICT JUDGE

1