PHILLIP A. TALBERT
United States Attorney
MICHAEL D. ANDERSON
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2700

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:08-CR-00116-KJM |
| Plaintiff, | |
| v. | ORDER GRANTING MOTION FOR EXTENSION OF TIME |
| DOMONIC MCCARNS, | |
| Defendant. | |

On July 7, 2023, the Government requested an extension of time to file its response to Defendant's pending discovery motion (ECF 948).

IT IS HEREBY ORDERED the Government's request until August 7, 2023, to file its response is granted.

Dated: July 10, 2023.

_____
CHIEF UNITED STATES DISTRICT JUDGE

1