UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| United States of America, | No. 2:08-cr-00116-KJM |
| Plaintiff, | ORDER |
| v. | |
| Domonic McCarns, | |
| Defendant. | |

On January 17, 2020, defendant Domonic McCarns filed a motion to vacate, set aside or correct his sentence under 28 U.S.C. § 2255. *See* Mot., ECF No. 930. He then filed a series of motions for extension of time to file a memorandum in support of his motion. *See e.g.*, Extension Req., ECF No. 940; Extension Req., ECF No. 1117. Most recently, the court granted an extension of time to May 29, 2024. Min. Order (Jan. 30, 2024), ECF No. 1118. That deadline has passed, and defendant has not filed a memorandum. Defendant is directed to show cause within twenty-one (21) days of the date of this order why this court should not construe his motion at ECF No. 930 as submitted, without any supporting memorandum.

IT IS SO ORDERED.

DATED: October 3, 2024.

UNITED STATES DISTRICT JUDGE

1