UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| United States of America,<br><br>                        Plaintiff,<br><br>    v.<br><br>Domonic McCarns,<br><br>                        Defendant. | No. 2:08-cr-00116-KJM<br><br>ORDER |

       Defendant Domonic McCarns moves to vacate, set aside or correct his sentence under 28 U.S.C. § 2255.  *See* Mot., ECF No. 930.  He sought extensions of time to file a memorandum in support of his motion.  *See e.g.*, Extension Req., ECF No. 940; Extension Req., ECF No. 1117.  The court granted an extension of time to May 29, 2024.  Min. Order (Jan. 30, 2024), ECF No. 1118.  That deadline passed, but defendant did not file a memorandum.  The court then ordered defendant to show cause why it should not construe his motion as submitted without a supporting memorandum.  The court served its order to show cause on defendant by mail, but it was returned as undeliverable.  A previous order was also returned as undeliverable.  *See* Order (Jul. 29, 2024), ECF No. 1136.

       This court's local rules required defendant to "keep the Court and opposing parties advised as to his . . . current address."  *See* E.D. Cal. R. 182(f), 183(b) (emphasis omitted).  "Absent such notice, service of documents at the prior address of the attorney or pro se party shall

1

be fully effective." E.D. Cal. R. 182(f).  If defendants do not update their addresses within sixty-three days, the court may dismiss the action.  *See* E.D. Cal. R. 183(b).  Defendant is **ordered to show cause within thirty days** of the filed date of this order why the motion at ECF No. 930 should not be denied for failure to prosecute under these local rules.

   IT IS SO ORDERED.

DATED: November 5, 2024.

_____
UNITED STATES DISTRICT JUDGE