UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| United States of America, | No. 2:08-cr-00116-KJM |
|---|---|
| Plaintiff, | ORDER |
| v. | |
| Domonic McCarns, | |
| Defendant. | |

Defendant Domonic McCarns moves to vacate, set aside or correct his sentence under 28 U.S.C. § 2255. *See* Mot., ECF No. 930. He sought extensions of time to file a memorandum in support of his motion. *See, e.g.*, Extension Req., ECF No. 940; Extension Req., ECF No. 1117. The court granted an extension of time to May 29, 2024. Min. Order (Jan. 30, 2024), ECF No. 1118. That deadline passed, but defendant did not file a memorandum. The court then ordered defendant to show cause why it should not construe his motion as submitted without a supporting memorandum. The court served its order to show cause on defendant by mail, but it was returned as undeliverable. A previous order was also returned as undeliverable. *See* Order (Jul. 29, 2024), ECF No. 1136. The court then issued an order describing the local rules requiring defendant to "keep the Court and opposing parties advised as to his . . . current address." Order (November 6, 2024), ECF No. 1140 (citing E.D. Cal. R. 182(f), 183(b) (emphasis omitted)). Under the local rules, if defendants do not update their addresses within sixty-three days, the

1

court may dismiss the action.  *See* E.D. Cal. R. 183(b).  Defendant was ordered to show cause within thirty days of the filed date of the November 6 order why the motion at ECF No. 930 should not be denied for failure to prosecute under these local rules.  That order was not served by mail until December 5, 2024.

    To ensure defendant is allowed a full thirty days to respond to the order to show cause at ECF No. 1140, the defendant is again **ordered to show cause within thirty days** of the filed date of this order why the motion at ECF No. 930 should not be denied for failure to prosecute under these local rules.

    The clerk of court is directed to serve this order on defendant by mail.

    IT IS SO ORDERED.

DATED:  January 2, 2025.

UNITED STATES DISTRICT JUDGE